UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

LARRY KAWA,

        Plaintiff,

v.

U.S. DEPARTMENT OF STATE,

        Defendant.

Case No. 9:15-cv-81560-WPD

## DEFENDANT'S ANSWER

Defendant United States Department of State answers the numbered paragraphs of Plaintiff Larry Kawa's Complaint. The introductory paragraph of the Complaint consists of Plaintiff's characterization of this lawsuit, to which no response is required.

1. Paragraph 1 consists of Plaintiff's legal conclusions regarding jurisdiction, to which no response is required.

2. Paragraph 2 consists of Plaintiff's legal conclusions regarding venue, to which no response is required.

3. Defendant lacks knowledge or information sufficient to form a belief about the first sentence. Defendant admits the second sentence.

4. Defendant admits the first sentence. The second sentence contains legal conclusions, to which no response is required.

5. Defendant admits that on November 29, 2014, it received a Freedom of Information Act (FOIA) request from Plaintiff. Defendant respectfully refers the Court to that request, attached as Exhibit A, for a complete statement of its contents.

6. Defendant admits that, on December 3, 2014, it sent Plaintiff a letter confirming receipt of Plaintiff's FOIA request and assigning the request Case Control Number 2014-21579.

7. Paragraph 7 consists of legal conclusions, to which no response is required.

8. Paragraph 8 consists of legal conclusions, to which no response is required.

9. Defendant admits the allegation contained in Paragraph 9.

10. Denied except to admit that Defendant has not issued a final response to Plaintiff's entire FOIA request with determinations as to whether it will release the requested records.

11. Paragraph 11 consists of legal conclusions, to which no response is required.

12. In Paragraph 12, Plaintiff realleges Paragraphs 1 through 12 as is fully stated therein.  Defendant thus incorporates by reference its answers to those paragraphs.

13. Paragraph 13 consists of legal conclusions, to which no response is required.

14. Paragraph 14 consists of legal conclusions, to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations in this paragraph.

The remainder of the Complaint sets forth Plaintiff's prayer for relief, to which no response is required.  To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to any of the relief he seeks.

Each and every allegation of the Complaint not to this point expressly admitted or denied is denied.

### DEFENSES

1. Defendant's actions did not violate the FOIA or any other statutory or regulatory provision.

2. Plaintiff's failure to exhaust administrative remedies precludes judicial review.

      3.      Plaintiff is not entitled to compel production of records exempt from disclosure by one or more exemptions of the FOIA, 5 U.S.C. § 552.

WHEREFORE, having fully answered, Defendant prays that:

      1.      This Court enter judgment for Defendant and dismiss this action with prejudice; and

      2.      Defendant be granted such further relief as the Court may deem just and proper.

February 5, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

WIFREDO A. FERRER
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director

*/s/* Rohit D. Nath
Rohit D. Nath
AZ Bar No. 032701
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20001
Tel: (202) 616-8098 | Fax: (202) 616-8470
Rohit.D.Nath@usdoj.gov

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 5, 2016, a true and correct copy of the foregoing Defendant's Answer was served upon Plaintiff's counsel of record at the address listed below:

<u>Via ECF</u>:

Michael Bekesha
Judicial Watch, Inc
425 3rd Street, Sw Suite 800
Washington, DC 20024
Phone: (202) 646-5172
Email:Mbekesha@judicialwatch.Org

Horatio G. Mihet
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854-0774
Phone: (800) 671-1776
Fax: (407) 875-0770
Email: Hmihet@lc.Org

Dated: February 5, 2016           /s/ Rohit D. Nath
                                       ROHIT D. NATH