# Exhibit A

F-2014-21579

**Brothers, Karen G**

| | |
|---|---|
| **From:** | State Department FOIA <noreply@state.gov> |
| **Sent:** | Saturday, November 29, 2014 9:29 PM |
| **To:** | FOIA Request |
| **Subject:** | FOIA Request Letter |

Thank you for filing your FOIA request online on 11/29/2014. Here is a review of your request.

The records I request can be described as follows:

To Whom It May Concern, Please provide for me all communications between then Secretary of State Hillary Clinton and the White House from and including September 11, 2012 through and including September 18, 2012. Please including ALL communications between both entities during said timeframe. I will pay up to $250 in costs. If this request is filtered through the White House via a process they have unilaterally determined to be reasonable known as White House Equities, please disclose to me that this request was filtered and the rationale for such filtration. If there is a reason that this is considered unusual circumstances due to the nature of this request, please specify by what mechanism you can recommend I narrow the search parameters in order to avoid this being considered unusual circumstances. Thank you. -Dr Larry Kawa

The time period of my request is from 09/11/2012 to 09/18/2012

I am an individual seeking information for personal use and not for commercial use.

I am willing to pay $250 for my request.

My additional comments are as follows:

While I am specifically focused upon the interaction of these two entities regarding Benghazi, Libya, I would like all communications between them during this time frame.

Contact Information
Mr. Larry Kawa
20423 state rd 7 suite f-18
Boca Raton, Florida 33498
P: 561-789-4271
F: N/A
drkawa@braces1.com

8