**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| **LARRY KAWA**, ) | |
|             ) | |
|      Plaintiff, ) | |
|             ) | |
| v.       ) | Case No. 9:15-cv-81560 (WPD) |
|             ) | |
| **U.S. DEPARTMENT OF STATE**, ) | |
|             ) | |
|      Defendant. ) | |
|             ) | |

**JOINT MOTION TO STAY BRIEFING SCHEDULE**

Larry Kawa and the U.S. Department of State jointly move to stay the summary judgment briefing schedule in this Freedom of Information Act case, to allow the State Department to search certain records that it recently received from the Federal Bureau of Investigation. Mr. Kawa's cross-motion for summary judgment is currently due August 12, 2016. The parties ask that this briefing schedule be stayed, and the State Department ordered to file a status report on September 19, 2016, informing the plaintiff and the court of the progress of its search.

1.      On July 8, 2016, shortly before filing its motion for summary judgment in this case, the State Department sent a letter asking the FBI to provide it with any of former Secretary Clinton's work-related emails (1) recovered in the course of the FBI's investigations and (2) additional to those produced to the Department by the former Secretary. On July 12, 2016, the FBI replied in a letter indicating that it would provide the State Department with certain information that may contain State Department records.

2.      On August 5, 2016, the FBI completed its transmission of these documents to the Department of State, which intends to search them in connection with a number of pending Freedom of Information Act cases, including this one.

3. Because Mr. Kawa's FOIA request relates to the emails of former Secretary Clinton, the documents recently transferred from the FBI to the State Department may contain potentially responsive records. In the interest of reducing the issues to be litigated, the State Department has agreed to conduct searches of any emails sent or received by Secretary Clinton in her official capacity during her tenure as Secretary of State which are contained within the material turned over by the FBI.[1] Because of this agreement, continued summary judgment briefing is not appropriate at this time.

4. The State Department does not yet know how long it will take to process and search the documents transmitted by the FBI, but believes that it will be able to provide a status report by September 19, 2016.

The parties therefore respectfully move this court to (1) stay the summary judgment briefing schedule until further ordered, and (2) order the State Department to file a status report no later than September 19, 2016, updating Mr. Kawa and the court on the status of the search for and production of records responsive to his request within the documents transferred by the FBI.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael Bekesha | BENJAMIN C. MIZER |
| MICHAEL BEKESHA | Principal Deputy Assistant Attorney General |
| (Admitted *Pro Hac Vice*) | |
| Judicial Watch, Inc. | WIFREDO A. FERRER |
| 425 3rd Street, SW, Suite 800 | United States Attorney |
| Washington, DC 20024 | |
| Telephone: (202) 646-5172 | ELIZABETH J. SHAPIRO |
| Email: mbekesha@judicialwatch.org | Deputy Director |
| | Federal Programs Branch |
| *Counsel for Plaintiff* | |
| | /s/ James O. Bickford |

---

[1] The State Department agreed to the search notwithstanding its contention that the records were not in its possession and control at the time the Freedom of Information Act request was made.

JAMES O. BICKFORD
New York Bar No. 5163498
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

Dated: August 11, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2016, a copy of the foregoing notice was filed electronically via the Court's ECF system, which effects service upon all counsel of record.

*/s/ James O. Bickford*
James O. Bickford
