UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81560-CIV-DIMITROULEAS

LARRY KAWA,

                                                Magistrate Judge Snow

    Plaintiff,
vs.

U.S. DEPARTMENT OF STATE,

    Defendant.
_____/

## ORDER GRANTING IN PART PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court upon Plaintiff's Consent Motion for Extension of Time, filed herein on August 23, 2016. [DE 22]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

The parties state that the FBI transmitted documents to the Department of State on August 5, 2016, which the State Department intends to search in connection with a number of pending Freedom of Information Act ("FOIA") cases, including this one. The State Department has agreed to search this material and produce all nonexempt, responsive records to Plaintiff. The State Department anticipates completing an initial search of these documents, using the search terms and date range previously agreed upon by the parties, no later than August 26, 2016. If potentially responsive documents are identified by this search, the State Department will assess whether the identified documents are agency records and, if they are, review them for release to Plaintiff pursuant to the FOIA. Accordingly, the parties request extensions of time to comply with the deadlines in this case.

Based on the foregoing, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Consent Motion for Extension of Time [DE 22] is **GRANTED IN PART**;

2. The State Department shall file a status report on **September 6, 2016**, updating Plaintiff and the Court on the status of its search.

3. The State Department shall search the material, determine whether any responsive records exist, and complete its first production of non-exempt records, to the extent any exist, by **September 13, 2016**.

4. The remaining "Substantive Pretrial Motions" deadlines set forth in the Court's Scheduling Order are hereby extended as follows:

- October 4, 2016: Plaintiff's Opposition and Cross-Motion for Summary Judgment

- October 25, 2016: Defendant's Opposition and Reply

- November 4, 2016: Plaintiff's Reply

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of August, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record